

909 Poydras St., Suite 1100
New Orleans, Louisiana 70112
(P) 504-684-5200  (F) 504-613-6351
www.svhclaw.com

January 10, 2018

**Via ECF filing system**
Hon. Judge James T. Trimble
Hon. Mag. Judge Kathleen Kay

   Re: LR3.1 Notice—*David Daigle and Mary Ann Daigle v. Cimarex Energy Co. and Drive Energy, Inc.*, 2:17-cv-1523, U.S. Western District of Louisiana, Lake Chares Division, Judge James T. Trimble and Mag. Judge Kathleen Kay

Hon. Judge Trimble and Hon. Mag. Judge Kay:

David Daigle and Mary Ann Daigle, plaintiffs in the above-captioned proceeding, hereby provide notice to this Court pursuant to Local Rule 3.1 (collateral proceedings and refiled cases), to the extent that notice in the Amended Complaint (Doc. 5 at ¶ 15) does not constitute LR 3.1 notice.

The Plaintiffs originally filed this case in state court on June 1, 2006 in the matter styled *David R. Daigle et al. v. Cimarex Energy Co., et al.*, 33rd Judicial District Court for the Parish of Allen, Docket C-2006-270. The case resulted in a dismissal without prejudice of defendants Cimarex Energy Co., Helmerich & Payne, Inc. and Kash Oil and Gas, Inc. on December 15, 2016, with a related ruling denying the Plaintiffs' *Motion for the Entry of a Proposed Judgment on Defendants' Motion to dismiss and Re-urged Exceptions* on January 25, 2017. Both the state court case and this case involve mostly common issues of law and fact, particularly with respect to the claims alleged and the fact basis for such claims. The Plaintiffs now refile this matter in federal court to assert a new, federal claim under the Clean Water Act, and to add a new defendant, Drive Energy, Inc.

Please feel free to contact me if you have any questions.

             Respectfully Submitted,

             *Andrew Jacoby*

             _____
             Andrew K. Jacoby
             Scott, Vicknair, Hair, & Checki, LLC
             909 Poydras Street, Suite 1100
             New Orleans, Louisiana 70112
             Phone: (504) 684-5200
             Fax: (504) 613-6351
             jacoby@svhclaw.com
             *Attorney for David Daigle and Mary Ann Daigle*

CC: Driver Energy, Inc. and Cimarex Energy Co., via U.S. certified mail