RECEIVED
JUN 2 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID R. DAIGLE, et al** | **CIV. ACTION NO. 2:17-01523** |
| **VERSUS** | **JUDGE JAMES T. TRIMBLE, JR.** |
| **CIMAREX ENERGY CO, ET AL** | **MAG. JUDGE KAY** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (R. #13) filed by Cimarex Energy Co. is hereby **GRANTED** to the extent that Plaintiffs' claims under the Clean Water Act, the Louisiana Environmental Quality Act, the Louisiana Tree Piracy Statute, the tort claims that were asserted post 2006, claims for unjust enrichment and/or civil fruits, and plaintiffs' claims for alleged violations of the Garth Lease are dismissed with prejudice; Plaintiffs' claims for restoration pursuant to the 2002 Contract of Release are dismissed without prejudice as premature.

**IT IS FURTHER ORDERED** that Plaintiffs pay all court costs related to their claims against Cimarex.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 28th day of June, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE